CHRISTENSEN JAMES & MARTIN
KEVIN B. CHRISTENSEN, ESQ. (175)
Email: kbc@cjmlv.com
WESLEY J. SMITH, ESQ. (11871)
Email: wes@cjmlv.com
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| EMPLOYEE PAINTERS WELFARE TRUST, et al., | CASE NO.:2:09-cv-02208-GMN-PAL |
|---|---|
| Plaintiffs, | **EMERGENCY MOTION TO SEAL DOC. 42** |
| vs. | |
| ATLAS PAINTING & DRYWALL, LLC, et al., | **AND ORDER** |
| Defendants. | |

COME NOW the above-captioned Plaintiffs (hereinafter "Plaintiffs" or "Trusts"), acting by and through their attorneys, Christensen James & Martin, and move this honorable Court to seal Doc. 42 (Plaintiffs' Motion for Sanctions and to Deem Admissions Admitted, and Motion for Summary Judgment Or Alternatively Motion to Extend Discovery Period (First Request) and to Compel Disclosures and Discovery Responses) and its attached Exhibits. The pleading was inadvertently filed without redacting Social Security Numbers from the Exhibits. Plaintiffs filed a "Notice of Corrected Image/Document re [42] MOTION for Summary Judgment" [Doc. 43] which replaces Doc. 42 with a redacted version of the Motion. Plaintiffs therefore respectfully request that the Court seal Doc. 42 to protect the confidential information.

DATED this 22nd day of September, 2010.

CHRISTENSEN JAMES & MARTIN

By: /s/ Wesley J. Smith
    Wesley J. Smith, Esq.
    *Attorneys for Plaintiffs*

**IT IS SO ORDERED this 23rd day of September, 2010.**

_____
Gloria M. Navarro
United States District Judge