# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EMPLOYEE PAINTERS WELFARE TRUST, et al., | Case No. 2:09-cv-02208-GMN-PAL |
| Plaintiff, | **ORDER** |
| vs. | (Sub'n of Counsel - Dkt. #47) |
| ATLAS PAINTING & DRYWALL, LLC, et al., | |
| Defendants. | |

      This matter is before the court on a Substitution of Attorneys (Dkt. #47) filed October 19, 2010. It seeks to substitute the Faux Law Group in the place and stead of Keith E. Gregory & Associates as attorney for Defendant Travelers Casualty & Surety Company in this matter. LR IA 10-6(c) requires that any stipulation to substitute attorneys shall be by leave of court and shall bear the signature of the attorneys and the client represented. It provides that the signature of an attorney to substitute into a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case." The Complaint (Dkt. #1) was filed on November 18, 2009. Accordingly,

      **IT IS ORDERED** that Defendant's request to substitute the Faux Law Group in the place and stead of Keith E. Gregory & Associates is GRANTED, subject to the provisions of LR IA 10-6(c) and (d).

      Dated this 25th day of October, 2010.

                                                                          _____
                                                                       PEGGY A. LEEN
                                                                       UNITED STATES MAGISTRATE JUDGE