# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

EMPLOYEE PAINTERS WELFARE TRUST, *et al.*, )
)
)
       Plaintiffs, )   Case No. 2:09-cv-02208-GMN-PAL
)
vs. )   **ORDER**
)
ATLAS PAINTING & DRYWALL, LLC, *et al.*, )
)
       Defendants. )
_____)

  This case was set for a settlement conference following a Minute Order (Dkt #39) entered by the district judge referring the matter to me to conduct a settlement conference upon the close of discovery. Since then counsel for certain defendants was substituted, the court recently granted the Motion to Withdraw as Counsel (Dkt. #41) for a number of other Defendants, and there is a pending dispositive motion in this matter,

  **IT IS ORDERED** that the Settlement Conference, currently scheduled for November 10, 2010 at 1:30 p.m. before the undersigned, is **VACATED.** The settlement conference will be rescheduled once the dispositive motion is decided and the Joint Pretrial Order is entered . The district judge will then refer this case to the undersigned for a settlement conference.

  Dated this 8th day of November, 2010.

                     _____
                      Peggy A. Leen
                      United States Magistrate Judge