**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EMPLOYER PAINTERS WELFARE TRUST, *et al.*, | |
| Plaintiff, | Case No.  2:09-cv-02208-GMN-GWF |
| vs. | **ORDER** |
| ATLAS DRYWALL & PAINTING, LLC, *et al.*, | Request to Proceed Pro Se (#111) |
| Defendants. | |

This matter comes before the Court on Defendant Audra Tubin's Request to Proceed Pro Se (#111), filed on August 30, 2011.  Defendant is entitled to represent herself in this action.  Accordingly,

**IT IS HEREBY ORDERED** that Defendant Audra Tubin's Request to Proceed Pro Se (#111) is **granted**.

DATED this 8th day of September, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge