AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Employee Painters Welfare Trust, et al.,

           Plaintiffs,

V.

Atlas Painting & Drywall, LLC, et al.,

           Defendants.

**JUDGMENT ON ATTORNEY'S FEES**

Case Number: 2:09-cv-02208-GMN -GWF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

IT IS HEREBY ORDERED that Defendant Audra Tubin is ordered to pay Plaintiffs the sum total of $1,443.95. Audra Tubin shall have until December 30, 2011, to pay the full amount of the fees owed.

December 1, 2011

Date

/s/ Lance S. Wilson

Clerk

/s/ Aaron Blazevich

(By) Deputy Clerk