1
2
3
4
5

**UNITED STATES DISTRICT COURT**

6

**DISTRICT OF NEVADA**

7
8

EMPLOYER PAINTERS WELFARE  )
TRUST, *et al.*,  )

9

Plaintiff,  )        Case No.  2:09-cv-02208-GMN-GWF

10

vs.  )        **ORDER**

11

)

12

ATLAS DRYWALL & PAINTING, LLC, *et al.*,  )        Motion for Sanctions

)

13

Defendants.  )

14

_____ )

15        This matter comes before the Court on Plaintiffs' Motion for Sanctions (#123), filed on

16    January 20, 2012.  On December 1, 2011, the Court granted Plaintiff's Memorandum of Attorney's

17    Fees and Cost and ordered Defendant Audra Tubin to pay Plaintiffs the total sum of $1,443.95.

18    That same day, the Clerk entered a Judgment (#122) in favor of Plaintiffs and against Audra Tubin

19    for the amount of attorneys fees awarded.  Plaintiffs now bring this motion for sanctions, stating

20    that Audra Tubin has failed to pay the ordered attorneys fee and requesting the Court enter an order

21    to show cause why Audra Tubin should not be held in contempt for failure to comply with the

22    Court's Order.

23        A Judgment (#122) has already been entered against Audra Tubin, which Plaintiffs can seek

24    to enforce.  The Court will defer any further sanction against Audra Tubin, including issuing an

25    order to show cause, pending decision on the Motion for Summary Judgment (#43).  Accordingly,

26    . . .

27    . . .

28    . . .

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Sanctions (#123) is **denied**, without prejudice.

DATED this 30th day of January, 2012.

_George Foley Jr._
_____
GEORGE FOLEY, JR.
United States Magistrate Judge

2