# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EMPLOYER PAINTERS WELFARE TRUST, *et al.*, | )<br>)<br>) |
| Plaintiff, | ) Case No. 2:09-cv-02208-GMN-GWF |
| vs. | ) **ORDER** |
| ATLAS DRYWALL & PAINTING, LLC, *et al.*, | ) Motion for Sanctions |
| Defendants. | ) |

    This matter comes before the Court on Plaintiffs' Motion for Sanctions (#123), filed on January 20, 2012. On December 1, 2011, the Court granted Plaintiff's Memorandum of Attorney's Fees and Cost and ordered Defendant Audra Tubin to pay Plaintiffs the total sum of $1,443.95. That same day, the Clerk entered a Judgment (#122) in favor of Plaintiffs and against Audra Tubin for the amount of attorneys fees awarded. Plaintiffs now bring this motion for sanctions, stating that Audra Tubin has failed to pay the ordered attorneys fee and requesting the Court enter an order to show cause why Audra Tubin should not be held in contempt for failure to comply with the Court's Order.

    A Judgment (#122) has already been entered against Audra Tubin, which Plaintiffs can seek to enforce. The Court will defer any further sanction against Audra Tubin, including issuing an order to show cause, pending decision on the Motion for Summary Judgment (#43). Accordingly,

. . .

. . .

. . .

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Sanctions (#123) is **denied**, without prejudice.

DATED this 30th day of January, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge